John Trice, Receiver, Appellant, v. John W. Williamson, Appellee.

(Supreme Court of Florida, En Banc: January 22, 1907.)

*E. R. Gunby* and *M. G. Gibbons,* for Appellant;

*H. L. Anderson* and *H. M. Hampton,* for Appellee.

Appeal from Circuit Court, Citrus County; William S. Bullock, Judge.

Appeal in chancery from the order of the circuit judge confirming the report of the special master and allowing attorneys' fees to receiver in the suit of Thomas C. Cato et al., complainants, v. Globe Phosphate Mining & Manufacturing Company et al., defendants. Appeal dismissed on motion of counsel for appellee.